ADOLPH ALTMAN, Respondent, v. LENOX AVENUE CLUB, No. 652, INC., a Membership Corporation, and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH HARBANOFF and Others, Appellants, v. IRVING EPSTEIN, as Secretary-Treasurer of Delicatessen and Restaurant Countermen and Cafeteria Employees Union, Local No. 302, Branch " B," Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JULES BENGUE and Others, Respondents, v. AMERICAN PHARMACEUTICAL COMPANY, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BOBBIE DE FAY, Respondent, v. SILVER SWALLOW STAGES, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Assignment of MCALLISTER NIGHT LINES, INC., Assignor, to JOSEPH C. MORSE and WILLIAM HAUCK, Assignees, Appellants, for the Benefit of Creditors. DRAEGER SHIPPING CO., INC., Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, upon the ground that respondent, upon whom was the burden of proof, failed to identify or trace the funds. (See *Matter of Hicks*, 170 N. Y. 195; *Matter of Cavin* v. *Gleason*, 105 id. 256.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of DAVID LOUIS DELMAN (Also Known as DAVID L. DELMAN), an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of HARRY S. DOLOWICH, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MONRO-KING & GREMMELS REALTY CORPORATION v. 9 AVENUE-31 STREET CORPORATION and Others, Impleaded with TURNER CONSTRUCTION COMPANY and Others and CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARY N. McKEE v. RALPH H. McKEE.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SIMON LEVENTALL on Behalf of Himself and All Other Stockholders of Socony-Vacuum Corporation, etc.— Socony-Vacuum Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley and Glennon, JJ.